```
                                      FILED
                              CLERK, U.S. DISTRICT COURT

                                   JUN 1 1 2008

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABRAHAM LESNIK, ) <br> ) <br> Defendant. ) <br> ) <br> ) | CR 08 - **CR08-00679** <br><br> **I N F O R M A T I O N** <br><br> [18 U.S.C. § 793(e): Unlawful Retention of National Defense Information] |

The United States Attorney charges:

[18 U.S.C. § 793(e)]

On or about October 3, 2006, in Los Angeles County, within the Central District of California, defendant ABRAHAM LESNIK, having unauthorized possession of, access to, and control over documents and writings relating to the national defense of the United States, including the following:

DSG:MZ:dsg

| Document | Classification at Time of Offense | Date |
|---|---|---|
| Table of technical details of radar payload performance parameters | Secret | undated |
| Briefing on space radar performance parameters | Secret | 6/20/05 |
| Briefing concerning electronic protection | Secret | undated |
| Briefing concerning system requirements | Secret | undated |
| Document concerning data collection and processing | Secret | 7/21/04 |
| Briefing including breakdown and overview of space segment | Secret | undated |
| Briefing concerning space vehicle configuration | Secret | undated |
| Document concerning ground and user segment architectures and processes | Secret | undated |
| Response to Engineering Study Request | Secret | 1/11/05 |
| Concept of Operations providing overview of Advanced Concept Technology Demonstration | Secret | 3/11/04 |
| Document pertaining to national defense satellite threat mitigation | Top Secret | 10/7/05 |

//

//

//

//

//

//

did willfully retain the same and failed to deliver them to an officer or employee of the United States entitled to receive them.

THOMAS P. O'BRIEN
United States Attorney

*/s/ Christine C. Ewell*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

DANIEL S. GOODMAN
Assistant United States Attorney
Deputy Chief, Criminal Division

MICHAEL ZWEIBACK
Assistant United States Attorney
Chief, Cyber and Intellectual
    Property Crimes Section