# EXHIBIT A

July 24, 2008


Eva Wales
One Miramar Street #929324
La Jolla, CA 92092

The Honorable Florence-Marie Cooper
United States District Judge
United States Courthouse
255 E. Temple Street
Los Angeles, CA 90012


Dear Judge Cooper,

My dad, Abraham Lesnik, is a man I look up to with enormous respect and humility. He is my motivator, my role model, and the example to me of what a hard worker, father, and husband should be. I know what hurdles he has had to jump over in his life to get to where he is, and in writing you this letter, I hope to give you some insight into who my dad is.

My father is a very passionate person. Once he gets an idea into his head, he is determined to pursue it. He never leaves a job half-done. Anyone who knows my dad knows he has a fiercely strong work ethic. He has an important role in each of his four children's, three children-in-law's, and seven grandchildren's lives, and he is always there to give his advice whenever any of us need to make an important decision. If he agrees with the decision, he will let you know he supports it, and if he doesn't agree, he will give you his input and advice. In high school, I got associated with the wrong crowd, started smoking marijuana, and hanging out with people that were not very good influences on me. It could have gotten worse, but my father, along with my mother, detected it and made me go to a counselor and get help. Of course I was resistant to the idea at the time, as I wanted to be independent and free and do what I wanted. Five years later, I am positive that if they hadn't taken the steps that they did to get me healthier, my life would have been extremely different, for the worse.

My dad's advice is very valuable to me and my siblings, because we know he has seen and experienced a lot in his life, some of which was not so easy. Born in 1946 into a family of European Jews, my dad spent the first years of his life in a displaced person camp for Jews affected by World War II. At age 10, he moved to America, along with his parents and sister. His father would travel back and forth from New York, their new home state, to Europe, and was absent for much of the time my father was growing up. My dad found his passion for physics in high school and did everything to pursue it. For college, he attended Columbia University, where he met my mother.

Although I've always known my dad to be a hard worker, that never took away from his role as a father. Our dinner table was never silent on a weeknight after he'd come home from work. He always tried to include everyone in the conversation, be it about current events, religious issues, politics, or the events of the day. At night he would be ready to help me and my brother with math and science homework, which he loved to do. If my older brother or sister would call long distance, he'd talk to them for a while. He loves to be the family's Mr. Fix-It. Whenever he comes to visit me at school in San Diego, he is sure to fix everything in my apartment that is broken. The last time he visited, he fixed the belt on my vacuum cleaner, a squeak in my metal laundry cart, gave my car a tune-up and oil change, and fixed a leak in my bike tire. Helping his kids gives him the greatest pleasure. Even in my college years, he has remained my tutor, enthusiastic to help at any hour of the day. A few months ago, I was taking a very intimidating calculus class. I asked him to help me figure out how to plug a formula into my calculator. After some time trying, we couldn't figure it out, so I said thanks anyway and moved on with my homework. Sometimes you can't solve everything. But two hours later, he called me back. He had looked up the booklet for the calculator and had figured out my problem and also figured out how to work another problem I had had from the week before. It's this type of thing that my Dad is famous for. Ask him to do one thing and he'll return with tenfold. Ask him for one napkin and he'll hand you five. I can recall him even taking home work to do on his computer at night sometimes. You must have to love what you do with a great passion in order to find it enjoyable enough to bring it home at night to work on, but call him crazy, he loves his work.

Due to his parents' escape from World War II, the situations in which he grew up, and his European mindset, my dad has always joked that he, and all of his children, have "refugee blood". At the end of the day, though, I know there's some truth to it. I have never known him to be a complainer. He raised us with very important moral values, like being happy with what we have, never taking things for granted, and being strong in the face of a tough situation.

My dad has always been the jokester of the family. His signature jokes are those 20-minute long ones that lead to excruciatingly unclimactic punchlines. Sometimes my dad has more energy than all of us. On family vacations and holidays you can rely on him being up at the crack of dawn and ready to go with activities and ideas of what we can do. My dad has taught me how to ride a bike, play tennis, swim, golf, fish, and kayak.

My dad has not only taught me what a father should be, but what a husband should be. This August, my parents will be celebrating their 40th anniversary. I think of my parents as a unit and it is hard for me to think of them apart. He's always been very receptive to taking good care of my Mom, and making sure she is well and happy. My parents are a happy couple. I come from an unbroken home, and I think that it's safe to say that that makes me an outsider among people of my generation. The majority of my high school friends had fathers who abandoned them or were abusive, uncommunicative, unreliable, or otherwise poor role models. I am grateful that I don't know what it is like to have such a father. My dad is a caring individual; I don't think he could hurt a fly. Just the other week, while cleaning out the backyard pool, he found a small squirrel stuck in the filter, struggling to get out. He ended up saving it, and felt very good about it afterwards—he told me the story with great pleasure.

My dad became a second father to all of my closest friends. For five and a half years, he has been a father figure to my husband, Justin, who has a rocky relationship with his own father. My dad wants the very best for his family. We have all made mistakes in our lives. How frustrating that his fierce desire to work may have been what contributed to his recent errors in his job. I know my father, and I know with all my heart that his intentions are good. I think he just got too caught up in his work and what resulted was a careless mistake.

I sincerely hope that my words have been helpful to you, and that this letter has helped you understand my dad better. If you had met him under different circumstances, you would have come to know that he is a kind-hearted, loving father and husband with strong moral values and a passion for his work, who knows how to laugh at life, despite the many stabs life has taken at him.

Sincerely,

Eva D. Wales

**EXHIBIT B**

David Lesnik
12231 Hesby St
Valley Village, CA, 91607

8/14/08

The Honorable Florence-Marie Cooper
United States District Judge
United States Courthouse
255 E. Temple Street
Los Angeles, CA 90012

Dear Judge Cooper,

My name is David Lesnik. I'm nineteen and a junior at California State University Northridge. I am writing to you on behalf of my father Abraham Lesnik. My father comes from a long line of determined, selfless men and he is no different. He arrived in this country as a refugee who didn't speak English and went on to raise and support my family. We need him more than I can possibly communicate, though I will try to the best of my ability.

I could not have asked for a better father than my own. My earliest memory involving him is as follows. My sister Eva and I are in a swimming pool. I do not know how to swim but I have my inflatable water wings to help me. Eva is trying to carry me while swimming to the deeper part of the pool but she loses her grip on me and I am sinking. I remember the water being well above my head but through it I see my father dive into the pool. I am pulled out of the water and my father holds me firmly as he scolds my sister. I felt safe. Now I am scared.

At 18, my grandfather was forced to leave his home and flee to Siberia to avoid the Nazis. His father (my great grandfather) determined to guard the rest of the family and property, stayed where they lived in Poland. The Nazis murdered my great grandfather, and all the family that remained in Poland. My grandfather never saw them again. When I think of my father going to jail, I feel like my grandfather must have felt when he was forced to separate from his family.

My grandfather met his wife on the train to Siberia. Later, in a displaced persons camp, they had my father. Because of where he was born, and the turmoil through which my late family fought, my father sometimes jokes that we have refugee blood. It indeed seems as though it's in our blood, as I've always found certain mannerisms to be inherent. We keep one another very close, we don't take risks, and we eat all the food on our plates. When I was young my father taught me that time is the most valuable thing in the world and I think of that every time I see him now. I love my father very much. With my mother, he taught me everything I know about achievement, success, religion, love, and happiness.

The extent to which I love my father and my mother is matched only by the amount of love between them. Weeks ago, my mother told me about a friend of hers who is on several month long trip without her husband. When I asked my mother why she didn't go along, she told me she could never be away from my father that long. In 40 years of marriage my mother and father have never been away from each other for more than a week. My mother is a strong woman (if she weren't my father would not have married her) but I know that she would be lost without my father and he without her. They are meant for each other.

My father is a good man with firm morals and I truly believe that any rule that he may have broken he did so in a moment of inattention. I ask that he not be put in jail and allowed to suffer these difficult times with his family. Please understand that he needs us right now as much as we need him, which is an awful lot.

Thank you.

David Lesnik

33

# EXHIBIT C

October 23, 2008

Daria Lesnik Hoffman
1514 S. Holt Avenue #3
Los Angeles, CA 90035

The Honorable Florence-Marie Cooper
United States District Judge
United States Courthouse
255 E. Temple Street
Los Angeles, CA 90012

Dear Judge Cooper,

It's not easy to sum a person up, to explain their character and to tell of their strengths and passions in a few words, or even a few pages. When that person is your father it becomes even more challenging. But if there is anything my father instilled in me and my brothers and sister, is that there is great value in hard work. So I will start with that assumption and tell you of the Abraham Lesnik that I've known for almost 30 years.

Abraham is a hard-working man who always strives for a great understanding of the world and of people. He is honest and always tells you what's on his mind. He is extremely intelligent, but incredibly approachable, and has a very offbeat and silly sense of humor. He has the ability to explain complex mathematical equations while simultaneously bouncing his grandchildren on his knee. He will tell you about the function of each branch of government, and then break off into song if he catches himself in a pun or cliché. My dad is famous in our family for coming up with songs that contain any catch phrase that you could come upon during dinner-table conversation. One that stands out to me, that was common I was growing up, was the Rolling Stones' "You can't always get what you want." I now find myself singing that to my daughter when she yelps "I want it!!" in her two-year old squeal. My dad is the family storyteller, a keeper of our family's heritage. He is the family photojournalist, documenting every vacation; every embarrassing thumb-sucking, bath-taking moment and pulling out these pictures in front of our friends, our relatives, and our significant others. He is proud of all that we do, and he helps us through the struggles we face.

As we grew up, we learned about the plight of his family and the struggles they went through, escaping Nazi Europe and coming to this country to safety. Through these stories, he taught us the significance of family, the importance of striving through difficult times to reach a worthy goal. These accounts would often illustrate something we were going through at the time. We knew the stories about how he and his sister didn't always get along as kids, but how she would protect him from bullies who picked on him, nonetheless. If my brother and me were fighting, this story always illustrated

how we needed to look out for each other and realize what was truly important. When we had a hard time in school he would tell us the stories from when he first came to the U.S. and spoke no English, and the struggles he faced. He went right into a regular classroom blindly and eventually just "figured it out." If he could do that, we could get through any challenge, and he assured us that he and my mom were always here to help us. My dad's stories didn't always make sense. Sometimes there was a punch line that could only be explained in Yiddish, and so we'd scratch our heads and eventually break into laughter. My dad's joke telling ability is brilliant that way. His jokes are corny and ridiculous and often socially inappropriate, but his ability to crack up halfway through the punch line makes everyone around him laugh, no matter what.

Some of my first memories of my dad include small adventures, like trips to the flea market on Sunday mornings to buy old Archie comics. My dad and I both loved sifting through the old things, weird gadgets, second-hand books, interesting finds. Or drives around the neighborhood in his old MG convertible. This was special time with dad, just he and I on a Sunday morning.

Now that I am a parent myself, I am able to see more clearly the things my father did for us as a family. Things that I now realize were not easy, and not accidental. Like how we would wait for my dad to come home from work every night so that we could eat dinner as a family. (My friends would eat a kids' dinner early and then their parents would eat later once their father came home from work.) Eating as a family meant we would all sit down together: no phone, no TV. Dad would ask us all about our day, what we learned in school. He would tell us about his day, but because what he did was so hard for us to understand, and top secret, it would mostly be about funny office politics like who switched around the office chairs or who won the card game they played at lunch. In the evenings, sometimes he would bring me home orange Tic-Tacs from the 7-11 where he would get his coffee in the morning. He knew I loved the orange ones, and as an adult, I realize that that meant he must have been thinking of me, even as he got coffee in the morning on his way to work.

After dinner, my dad was always there to help us with our homework, and to field any other questions about life. The only risk in asking my dad a question is and was that you would get a very long answer. I remember once asking him why when you put a drinking straw in a glass of soda, the straw would float up and pop out of the glass. About 10 minutes into his explanation, I would end up regretting asking. And once he saw my eyes rolling, he'd always snap back into kid mode and say something like, "what I mean to say is that the bubbles attach to the straw and float, and they bring the straw up with it." And I'd go "Oh! Cool!" And that would be that. My dad is everyone's go-to scientist. Even now, as an adult, I call to ask him about various science and technology-related curiosities. As the years pass, he gets a little better at explaining things in laymen's terms. Even after all these years of working in this field, he still loves to explain things. He's in his 60s, and he still gets all excited about it. There's never, ever a sigh, or a hesitation when it comes to helping out his kids or teaching them something new.

My dad can be very practical, and yet equally full of imagination. He's able to fix just about anything that's broken with a few toothpicks and a piece of fishing line. He's been known to sew up a hem with dental floss, and to repair a car bumper with duct tape. When I first moved into my own apartment, I would call my dad if I needed help fixing something. He would get very excited that I was interested in fixing it myself and would calmly and deliberately walk me through it. This still happens of course, though when I call him now, I've already gone through the "what would Dad do" list of ways to fix it, so often he will come over and rescue me from my clogged drain or malfunctioning ice maker, and he walks in with his doctor's bag filled with tools, tape, and epoxy and who-knows-what, ready to serve.

My dad's common sense attitude translated to life and career advice as well. When I was in high school he used to ask me what I wanted to do when I graduated, what I wanted to major in when I got to college. I used to talk about being an artist, and he'd say, "Why don't you start a company that sells art supplies?" He'd always have an extremely practical way to turn my head-in-the-clouds ideas into a job, a career, or a business. But at the same time, he came from a world where one didn't have the luxury of doing something creative, or artistic. His family was fleeing the Nazis, leaving behind family who had perished, starting anew in a foreign country with hope and promise, but not much else. My dad would tell us stories of the things my grandfather did to provide for the family, things like building a car from old tractor parts. My dad was extremely proud that he could support his family in a dignified and responsible manner, and expected that we would all do the same. He always had very high expectations for all of us. He knew all his father had done to keep him and his mother and sister alive, safe and free in America. He knew it was his role to therefore make *our* lives that much safer, freer and guided by responsibility. My father and my mother provided us with love and attention, a strong education, a religious and spiritual backbone, and a strong family bond, so he believed there was nothing we couldn't do. I always knew I had to work hard. This is what Lesniks do. We work hard, we study hard, and we stick together as a family. While other little girls' parents told them they should marry a doctor, my parents told me I should BE a doctor. In my father's eyes, there was nothing we couldn't accomplish if we put our minds to it. At the end of my sophomore year in college I called my parents, distraught over finishing another year without declaring a major. I had been studying Art, English and Psychology, but couldn't reconcile finding a practical career with doing something I loved and enjoyed. I didn't fit the mold of my parents; I wasn't a doctor or a lawyer or a scientist. So my dad got on the phone, and he told me "Daria, we all know you're going to be an art major. When are you going to see it?" And it was just what I needed to shake me up and realize I could do something as far off the path as art and design, and yet please my hyper-practical Dad. He really just wanted me to be happy, to do what was authentically me. It was what I needed to clear my head and get on with my life, pursuing my degree in art and design, and now working as a graphic designer in the fashion and beauty industry.

Honestly, the four of us - my parents' kids, we have all taken drastically different directions. My older brother Julian is an Orthodox Rabbi and Teacher, and father of 6. I'm a Graphic Designer. My sister Eva is studying to be a Psychologist and my little

brother is a Philosophy major (we'll see where that takes him.) We've all had drastically different challenges in growing up, whether it was being skinny or fat or shy or rebellious, and my dad was always there to keep us grounded. My father always guided us on the right path, and always led by example. He took us to synagogue every Friday night and often on Saturday mornings when I was little. He would go to classes at our synagogue and bring home lessons from the Bible about how to treat other people, always telling us not to speak ill of other people, and always to treat others how we would want others to treat us.

As a mother, today I see my father through the eyes of my two-year old daughter, Mina. He is tall and strong, he is "Zaidy" (Yiddish for grandpa) who gives big hugs and scratchy-faced kisses. When we drive up to the house for a visit, she is already screaming his name from the back seat: "Zaidy! Zaidy! Zaidy!" My dad plays ball with Mina in the yard, and teaches her all his soccer moves from college. He always lets her win and always makes sure she is safe. He's always there to play peek-a-boo and to squeeze the chubby part of her leg just above her knee that makes her giggle. He gets on the phone every time I call and asks "What Mina's up to today?" He always asks what new words she has, what new teeth she has. He is sure she is the smartest and most beautiful little kid ever to walk this earth. And that is the kind of grandfather every kid needs. Because I know that all 7 of his grandchildren feel that loved, that unconditionally, whenever they are with him (and even when they're not).

My father is a good man, a hard-worker, a strong role model, and the most loving and doting grandfather you could ask for. He has built a life and a family to be proud of. He has devoted his life to us, and to the work he has done, and the research and developments he has achieved in his professional life. He may have made mistakes, but they were certainly not done with any intention of harming others. I know that by the life he has lead, by the way we were raised, and by the example he has set for us his whole life. My father is the patriarch of our family. Especially since my grandfather passed away 8 years ago, my father is the gatekeeper for this family's heritage. He is "Uncle Abie" to my cousins and their children; he is my Aunt Marilyn's baby brother "Abie Baby," he is "Daddy" to us kids, and a loving and supportive father-in-law to our spouses. He is "Zaidy" to his grandkids, they are the fuel that keeps him running, keeps him young. This family relies on him every day, for his strength, for his devotion to us, for his strong example, and for his humor and love. This family will not stand without him.

This letter is hard for me to write, your honor. But I plead with you not to send my father to jail. He has devoted his life to serving the needs of his family, and his country, and his people. As his daughter, it is my responsibility to care for him as he grows old, just like he cared for me when I was a child. I fear what might happen to him if he is sentenced to any amount of time in prison. I have seen the effect that the last few years of this investigation has had on him, and it has aged him drastically. He is a good man who made a mistake. He understands greatly the effect this has had on his family, and does not want to cause us any further pain by not being there for us. I ask that for the sake of his

children, his grandchildren, my mom, and all who depend on him, that you be lenient with his sentencing, and keep him home with his family, where he belongs.

Sincerely,

Daria Lesnik Hoffman

**EXHIBIT D**

Julian Lesnik
770 NE 175th Street
North Miami Beach, FL 33162

October 4, 2008

The Honorable Florence-Marie Cooper
United States District Judge
United States Courthouse
255 E. Temple Street
Los Angeles, CA 90012

Dear Judge Cooper,

My father, Abraham Lesnik, is the man who taught me the importance of honesty, responsibility and hard work. He was the one who taught me what great opportunities democracy and capitalism offer to the citizens of our great nation. I clearly recall the way he explained these ideas to me as a young boy and how we discussed them as I got older and understood more. The way he spoke showed his pride in this country and the way he acts demonstrates to me that he meant it. He is always informed and opinionated about the political candidates and political issues and always exercises his right and privilege to vote. He cares deeply about America and the course that our nation takes.

My name is Julian Lesnik and I am the oldest child of Abraham and Bonita Lesnik. I live in Miami, Florida with my wife and six children and I am a Judaic studies teacher in a Jewish middle school. Previously I taught Judaic studies to middle school, high school students and adults in Pittsburgh, PA and Columbus, OH, after studying in rabbinical college in Baltimore. A career as a rabbi or Judaic studies teacher is not one that my parents initially envisioned for me but it is one to which I was inspired by them to choose. My father began to make a serious investigation of religion when I was a pre-teen. He would always be interested in what were the ideals that Judaism taughr and how to implement them in a practical way. Growing up, my father and I differed on how to implement these lessons but he was always understanding of the my goals and aspirations and proud of my accomplishments

Throughout my years growing up he would often discuss ideas of morals and ethics and was an avid student of classical and contemporary Jewish ethical works. He amassed huge collections of tapes of rabbis' lectures on character perfection and Jewish philosophy and listened to all them (many of them numerous times). He has taken active roles in community any synagogue life. He sent me and my siblings to Jewish private schools, despite the difficulty involved, because he knew these schools taught the values he believed in and that was of paramount importance. . He has always encouraged me to choose the path of what is right and good. I look up to him and continue to be inspired by

him. The love with which he raised me and the morals and life lessons which he taught me will continue to guide me for the rest of my life.

My wife, brother, sisters, brothers-in-law and, of course my mother, all have loving relationships with my dad and turn to him for advice on big and small matters. I am constantly calling him for advice about auto repairs, computers, real estate or household repairs. But more importantly I turn to him when I have hard choices to make, to hear whether he thinks I'm making the right decision or whether there's some factor or option I didn't think of. It's still somewhat like when he was teaching me to play chess. I would know there was often some move, some aspect of the game, that he could see but I couldn't. When he tells me things are going to "work out for the best" it sets me at ease.

My dad is a loving grandfather to my children, who look forward to seeing him, playing with him and joking around with him at family get-togethers and holidays. Even though he's their grandfather he plays with them and jokes with them as if he were one of their friends who were their age. He gets caught up in their hobbies and interests and shares there enthusiasm. He will go riding on a Razor scooter (even if it means getting a scraped knee), will listen enthusiastically to their story tapes and anxiously volunteer to take them on trips. My two oldest kids will always remember his trips with them to the Statue of Liberty. He took them by himself to Disneyland and then when he felt that they hadn't seen enough he took them back again the next day. Despite the fact that we are geographically far away from my parents, my children enjoy a close relationship with my father, speaking to him on the phone to share their accomplishments and experiences. When my daughter Yael was first learning to talk, even though they only saw each other a few times a year, she knew that the answer to "Who loves you?" was "*Zaidy*" (*Yiddish* for grandpa). My son Mordechai knew that he could call his grandfather for every detail of his science fair project from choosing an idea, how to get the experiment to work and what to write in each caption. They know that he is there for them just as he has always been for me.

Over the past two years, my parents' visits to us have been extremely limited as a result of all of the turmoil surrounding the investigation. Concerns about how their traveling or having visitors at various points in the investigation would be construed have taken top priority. My older children often ask when we will visit or be visited by their grandparents. That makes me happy in a sad sort of way, because I know they love my parents and know that they are loved by my parents. My dad is my hero in so many ways. Like any son, I know that my father has his faults and I am painfully aware of the indiscretion for which he is currently suffering. But I also know the larger picture of the difficulties he has overcome in his life to become who he is and share what he has accomplished. I think all the good he has done for our family and what a good person he is. With that in mind I look forward to my kids getting to see him and know him more and I look forward to my baby daughter, who is just learning to speak, asking, "When is *Zaidy* going to visit us?" and being able to answer her "Very soon."

Sincerely,

Julian Lesnik

40

**EXHIBIT E**

# MARILYN SILK
# 11 MAJESTIC COURT
# MANHASSET HILLS, NY 11040

August 17, 2008

The Honorable Florence-Marie Cooper
United States District Judge
United States Courthouse
255 E. Temple Street
Los Angeles, CA 90012

Dear Judge Cooper,

I can only imagine how difficult it was for my brother to call me. As soon as I heard his voice, I knew something terrible had happened. He assured me that no one was critically ill or had died. "I wanted to tell you myself, before you read it in the newspaper. I took some work home, and I was not supposed to do that. I don't know why I did it. It's not as if I had a deadline to meet. It was just stupid of me."

I know that his work is high security and of a sensitive nature. My brother set the ground rules right from the start. We were never allowed to ask any questions. That was off limits. We respected that.

My brother Abie is and always was a very good and law abiding Citizen. When he was a little boy of 5 or 6, he contracted scarlet fever. (We lived in a Displaced Persons Camp in Austria) They took him away and put him in a hospital that was very, very far away. We were only allowed to visit him on Sundays. They shaved his head, and they brought him in front of that window. Every time we saw him, he looked sicker, and as the weeks went by he got worse. He almost died in that hospital. From one rat and bedbug infested D.P. camp to another (as people left, they would combine us into other camps) we waited for 10 years to get clearance to come to the United States of America.  The bedbugs had a field day with my brother Abie. He had an allergic reaction to the bites and broke out in a rash all over his body. Years later, as a young adult, he had a bleeding ulcer that put him in the hospital and almost took his life.

We came to America on a 12 day journey crossing the ocean on the "General Langfit" in the middle of February on very stormy seas. My mother and I took to our cots in the lowest part (steerage) of the boat. The crew would make us eat so that we would have what to throw up.   My brother, who was only 10 years old, would come and try to cheer me up. He would tell me about the "Coca Cola" (we never got to drink that, we only heard of such things) that he saw, and all the nice food that was being served. Of course that was not for us. That was for the people in first class.  He would try to get me to go up on deck and get some fresh air. He was so worried about us.   On a day that I will never

forget, they woke us very early in the morning as we were coming into the harbor. We went on deck and saw the Statue of Liberty. What a sight to behold!

My brother has helped me all my life.  After a "War of the Roses" kind of divorce from my husband, it was my brother who stepped in to be the male role model for my children Lisa and Adam. He helped us get through the inappropriate girlfriends that my son Adam chose, he took on extra expenses and devoted extra time to us.  When Adam graduated from college in Massachusetts Abie and his family spent a weekend in a hotel with me so that he could attend Adams' graduation. He was there for all the birthdays, holidays and regular days too, helping with explaining the splitting of an atom, with the homework or reports. Abie always made an effort to make himself available and help me with the problems that arose.   Having lost most of our family in the holocaust, we understand how important family is. Since the passing of our father, Abie has become the patriarch of the family. All I have left is my brother, my children and my grandchildren. I beg you, please don't take him away from me.

Judge Cooper, the fate of my brother's life is in your hands. Please be lenient with him.

Sincerely,

Marilyn Silk

**EXHIBIT F**

Rabbi Yechiel Hoffman
1514 S. Holt Ave. #3
Los Angeles, CA 90034

August 10, 2008


The Honorable Florence-Marie Cooper
United States District Judge
United States Courthouse
255 E. Temple Street
Los Angeles, CA 90012


Dear Judge Cooper:

I am writing on behalf of Abe Lesnik. Beyond being my father-in-law, Abe has served as a model for me as a family man, a dedicated worker and a life-long learner. I have known Abe for 11 years, and for all those years he has been a caring, giving and positive influence on my life.

I have witnessed firsthand the immense love and care that Abe directs towards his family. While not always agreeing with his children's' choices of lifestyle, careers or education, he always supports their choices and helps guide them to success. He extends his love and care to his own children, his sister, his niece and nephew and most importantly to his seven grandkids. He exhibits such enthusiasm and patience with his grandkids, whether he is figuring out an electro-magnetic science project with his eldest grandson, Mordechai, or kicking a ball around the front yard with my daughter, Mina. When each of his grandchildren were babies, he would sit with them for hours, holding them, feeding them, burping then, watching with wonder as one grew in his arms.

It has amazed me how he extends his familial love beyond his blood children and onto those who entered his family by marriage. When his daughter Eva decided to move in with her now husband Justin, Abe could have chosen to resist this transition and to begrudge them, but rather recognizing Justin's need for a father figure, took Justin under his wing and nurtured him, encouraged him, assisted him in his studies and treated him like one of his own. The same could be said to some degree of our own relationship. From the first dinner when I joined his family eleven years ago, Abe chose to treat the eighteen year old sitting across from him as a friend, rather than as a stranger who had flown across the country to meet his daughter. At that first dinner, rather than quizzing me on my intentions, we talked politics, film and values. We took a long walk a few days later where he talked to me like an equal discussing religion and science, sharing ideas and learning from each other. My fondness for Abe originates from his passion for learning from others and for sharing what is most exciting to him with you. He always has the yearning to explore new avenues of knowledge and while he sometimes becomes insistent on his perspective, over time he has shown how open minded he can be. While he may not admit he has changed his mind, he allows time, experience and introspection to sway him, rather than a fading fad or current idea.

Since I have known Abe, there have been times in my life where my plans and aspirations have been thwarted by chance, poor choices and the finger of G-d. In all of these instances, whether with losing a job, a car accident or my wife's miscarriages, my father-in-law has always been a positive voice and a hand of repair. From providing us with a new vehicle, to offering to financially assists us, to giving me the encouragement and advice needed to continue taking risks. Abe has shown belief in me when no one else, including myself, would.

I recognize that all of us make bad choices in life. Abe has always taught me that you need to deal with your past to move on to your future. He has also taught me that you need to make

43

good choices for those you are responsible for and care about. I know that my life has been a much more meaningful one because of Abe's presence in it. I shudder to consider the emptiness in my life and that of my family if Abe's caring, giving and loving presence was absent. We all have our flaws, our errors of judgment and our weaknesses, but it is Abe's strengths that have most impacted my life and that of my family. We are better people because he is in our lives.

Sincerely,

Rabbi Yechiel Hoffman

**EXHIBIT G**

Hillary Zana
5944 Beeman Avenue
Valley Village, CA 91607
818 760 2527

August 3, 2008

The Honorable Florence-Marie Cooper
United States District Judge
United States Courthouse
255 E. Temple Street
Los Angeles, CA 90012

Dear Judge Cooper:

I am writing this letter on behalf of our family friend Abraham Lesnik. Our family has
been friends with the Lesnik family for over eight years, since they moved to our
community of North Hollywood.  We first met Abe and his wife Bonnie when our sons
became friends in the seventh grade, and since then our entire families have become
tightly connected.  We have attended bar mitzvahs, engagement parties, weddings, and
baby namings for each other's children, as well as numerous holiday meals at each
other's homes.

It is difficult to write a letter praising Abe, not because he is lacking in outstanding traits,
but rather because he is such a humble person who never draws attention to his talents,
intellectual gifts, or advanced degrees. My husband, who dropped out of high school and
works installing window coverings, is never intimidated when chatting with Abe.  Abe
always manages to find a topic of common interest, whether it is politics, Judaism, or the
latest goings on with our children.  Abe will never brag about his achievements, on the
contrary he uses his self-deprecating sense of humor to put others at ease.  His sense of
humor is well known among friends. He has a seemingly endless collection of long,
corny jokes that he tells at the drop of a hat. His jokes are never in poor taste or insulting;
their only purpose is to help his friends relax and enjoy themselves.

But, Abe also has a serious side.  As the child of Holocaust survivors, his Jewish identity
is a significant part of his life.  He belongs to our local synagogue and frequently attends
classes on Jewish religion, particularly the laws concerning gossip and treating people in
an ethical manner.  As a first generation immigrant to the United States, born in a
displaced person's camp just after World War II, Abe is proud to be an American.  He
follows politics with interest and found fulfillment in contributing to our country's
defense through his profession.

Abe is an involved family man.  He married his wife Bonnie when they both graduated
college and has been married for 40 years.  In the beginning of their marriage, Abe
watched their young children so that Bonnie could attend law school. His four grown
children have remained close to their parents and each other.  Their 20-year-old son lives

at home while he attends college, and the others, who are all married, visit, call, and write frequently.  Abe is the kind of father who has a deep understanding of his children, their inner beings and the challenges that they face. While all four are taking different paths in life, Abe is supportive and proud of each one's choices.  When their oldest son first became interested in Orthodox Judaism as a child, Abe and his wife not only took him to classes, but also began to evolve in their own practices.  When a child wants to switch schools or field of study, Abe is responsive to what they want, rather than imposing his will.  Typical of Abe, a few weeks ago his 22-year-old daughter called to say she missed her parents.  Bonnie and Abe immediately made plans to drive down to U.C. San Diego for the weekend to visit her.

With younger children, Abe's nurturing side is apparent.  He speaks in a gentle, melodious voice to them, involves them in play, puts the babies to sleep as he holds them on his chest.  His home is full of pictures of the many grandchildren.  I truly cannot conceive of the pain this family would suffer if Abe were to be imprisoned.

Sincerely,

Hillary Zana

**EXHIBIT H**

Liese Hoffman
116 North Vista St.
Los Angeles, CA 90036
August 4, 2008

The Honorable Florence-Marie Cooper
United States District Judge
United States Courthouse
255 E. Temple Street
Los Angeles, CA 90012

Dear Judge Cooper,

I met Abe Lesnik about ten years ago. At that time, my husband and I traveled to Chicago to meet our son's perspective in-laws. He was a most gracious and generous host. In a very humble and non-ostentatious manner, he chauffeured us to and from the airport, took my husband to the local synagogue for services, showed us around the town and treated us to enjoyable meals at the local restaurants. His demeanor was warm, friendly, and caring. My husband and I felt very comfortable spending time with him and we were very pleased that he got along so well with our son.

Over the years we have shared many celebrations together, weddings of our children, Bar Mitzvas and the birth of our granddaughter. Minutes after our daughter-in-law had given birth via a C-section, Abe was with her. He was so tender and gentle with his daughter and the tiny new born baby. He sacrificed his comfort and sleep to stay in the hospital overnight in order to keep his daughter company and offer his love and support.

Abe is a down-to-earth and thoughtful person. He is not only kind to his family, but he is generous to his community, too. His home is always open for others and he is constantly entertaining his guests with his wit and humor. Abe is always ready to help a friend in need with a kindly word of advice or a helping hand. He readily donates time and financial support to many worthy community causes.

Although Abe acknowledges that he did something inappropriate, I think it would be a severe hardship to sentence Abe to jail time. Abe's wife and children will be devastated without their father's support and comfort. He is the family's pillar of calm and strength. Abe's wife Bonnie, who has not been employed out of the house since they moved to California, will be a wreck and under grave hardship if she is separated from Abe for an extended period of time. The children, although grown, need their father's strong and wise leadership. Mina, his granddaughter with sorely miss playing with her grandfather, listening to his silly stories, and laughing at his humorous antics. Please do not take Abe away from the family he holds so dear.

Sincerely,

*Liese Hoffman*

Liese Hoffman

47

**EXHIBIT I**

California State University
# Northridge

**Department of History**
College of Social and Behavioral Sciences

August 20, 2008

The Honorable Florence-Marie Cooper
United States District Judge
United States Courthouse
255 E. Temple Street
Los Angeles, CA 90012

re:    Abraham Lesnik

Dear Judge Cooper:

I write this letter on behalf of Abraham Lesnik. I have known Mr. Lesnik for the past seven years. We live in the same neighborhood and attend the same synagogue. Abe and his wife Bonnie have been very good friends of ours since we met. Indeed, when we moved to this area six years ago, the Lesniks have been among the most welcoming, supportive families we have known. We have often shared meals and have engaged in many discussions about a wide range of subjects. Abe has a wonderful, closely knit family, including four children, three of whom are married and whose spouses are also delightful, and at least six grandchildren.

I have always found Abe Lesnik to be an honest, unselfish, thoughtful, warm, generous, religious and forthcoming individual. He has very strong personal and moral values and is a very patriotic American. He has a great love of the United States since he arrived here as a child refugee after World War II. Abe is a very loving and devoted husband, father and grandfather and always acts in accordance with the best interests of his wife and children.

I realize that Mr. Lesnik is in serious legal trouble and I know that he deeply regrets his error and is sorry for the pain he has caused his family. His life has already been severely disrupted, and he has suffered and paid a heavy price for his mistakes. Since he is in so many other ways such an exemplary individual, certainly compassion is in order.

To the extent punishment is appropriate, I would urge you to impose upon him some

18111 Nordhoff Street · Northridge · California 91330-8250 · (818) 677-3566 · fax (818) 677-3614
**The California State University** · Bakersfield · Channel Islands · Chico · Dominguez Hills · East Bay · Fresno · Fullerton · Humboldt · Long Beach · Los Angeles · Maritime Academy · Monterey Bay · Northridge · Pomona · Sacramento · San Bernardino · San Diego · San Francisco · San Jose · San Luis Obispo · San Marcos · Sonoma · Stanislaus



California State University
# Northridge

**Department of History**
College of Social and Behavioral Sciences

form of probation and/or community service.  Abe is exceptionally bright and talented, and the thought of him serving time in prison is both frightening and would be a terrible waste.

Thank you for your consideration.

Sincerely,

Elaine Goodfriend, Ph.D.
Adjunct Professor
History Department

Home address:
12734 Albers Street
Valley Village, CA   91607

2

**EXHIBIT J**

August 6, 2008

Martin Beaver
1580 N. Fern Cliffs Court
Tucson, AZ 85745
505-961-0271 (pager)

The Honorable Florence-Marie Cooper
United States District Judge
United States Courthouse
255 E. Temple Street
Los Angeles, CA  90012

Dear Judge Cooper:

Abe and I have been coworkers and friends since approximately 2000, since his moving from Chicago to California.  For some months, immediately upon his starting to work for Raytheon in Goleta, he lived with me and my wife, Tamara.  His family remained in Chicago for their house to sell and children to finish school.  As an observant Jew, Abe required kosher food.  In Goleta, CA, we were one of the few places this could be achieved and we both worked for Raytheon in Goleta. (I continue to work for Raytheon though now in Tucson, AZ.)  It was a good arrangement for all.  Abe and I saw a lot of each other at work, at our home, on business travel, and at synagogue.  We came to know each other quite well.

The mere thought of the possibility of Abe seeing prison simply astounds me.  Being in the defense industry myself for over 30 years, I've never seen such vigorous action for this level of offense.  Yes, Abe clearly and admittedly did wrong.  I understand his crime.  I work in a workplace much like Abe had previously, lots of highly classified materials.

I personally experienced Abe to be a very hard-working employee.  He'd work late into the night at his job, then would bring materials home and continue working.  He was a key contributor to all projects that he supported.  I suspect that somewhere along the line, with the goal of achieving more, he decided to bring work classified work materials home, a very wrong decision.  This too I understand.

I know Abe very well personally.  He is, in fact, a gentle, sweet, hard-working, and highly intelligent family man.  He is a very religious man and surrounds himself with good people.  For many years, he has mentored my wife and I toward our paths of traditional Judaism.  He has been a major positive influence in our lives, personally and religiously.

Given my work experience in the defense industry, I believe that I understand the magnitude and severity of his misconduct.  He has already lost his job, his security clearance, his reputation, and a large sum of money defending himself.  I pray, however, that incarceration is not part of his future.  Prison is simply disproportionate to his offense.

Sincerely,

Martin W. Beaver

**EXHIBIT K**

**Howard Weisberg**
16001 Anoka Drive
Pacific Palisades, CA 90272
TEL: (310)459-8611 • FAX: (310)459-0016
E-MAIL: weisberg@alumni.caltech.edu

July 28, 2008

The Honorable Florence-Marie Cooper
United States District Judge
United States Courthouse
255 E. Temple Street
Los Angeles, CA 90012

Dear Judge Cooper:

I am writing on behalf of myself and my wife Suzanne in support of our long-time friend, Abraham Lesnik. We urge you to apply the least penalty possible to the crime to which he plead guilty.

I am a physicist and software developer, and my wife is a retired attorney. I am currently employed as Information Systems Director at Mercury Media, a direct-response TV media agency, in Santa Monica. Our two sons are attorneys.

We have known the Lesniks since approximately 1977, when I met Abe at Brookhaven National Laboratory. I was a physicist working in the Accelerator department, and Abe worked in the Physics department. We and the Lesniks lived near each other in Bellport, NY, and our sons were approximately the same age. We often visited back and forth in our homes. We kept up our social contact even when Abe left Brookhaven to start work at Airborne Instruments Labs.

In 1984, Suzanne and I left Long Island to relocate to Los Angeles, so I could take up work at R&D Associates and later at the RAND Corporation. A period of minimal or no contact with the Lesniks began. However, a few years ago when the Lesniks moved to Los Angeles, we got together again to help with their house search. Subsequently we saw them from time to time, and attended their daughter Eva's wedding.

We know Abe to be a person of excellent character and high integrity. He is intelligent, and is knowledgeable about many subjects. We remember that while still in Bellport, Abe was very devoted to taking care of his mother, who was ill with cancer and later passed away. We saw her often at social gatherings at his house. A very special thing to me about Abe is his sense of ironic humor and his large storehouse of hilarious stories and jokes. Abe is very religious, and is devoted to his

– 2 –                                                    July 28, 2008

wife, his four children, and his grandchildren.

We know Abe to be a person of modest financial means and aspirations. He probably still provides financial support to some of his children and grandchildren, or at least has provided it until recently. I have read in the press coverage that the prosecution has resulted in the loss of his job. Because of his age, and the specialized nature of the skills he has acquired in 25 years of devoted work, and because of the current poor job market for physicists nationally, I believe it will be difficult for him to obtain new employment at his past level. This is an extremely severe punishment for him.

Based on our years of knowing Abe and his family, we cannot believe that he has knowingly done anything wrong. We ask you to be as lenient as possible with this kind, gentle person.

Yours truly,

Howard Weisberg

Howard Weisberg

**EXHIBIT L**

**JONAS L. GOTTLIEB**
8502 Mountainholly Dr.
Pikesville, MD 21208
(410) 602-2226

August 4, 2008

The Honorable Florence-Marie Cooper
United States District Judge
United States Courthouse
255 E. Temple Street
Los Angeles, CA 90012

Dear Judge Cooper:

It is my pleasure to endorse my friend and long time acquaintance Abe Lesnik.

I have known Abe for more than twenty years. My wife was his children's' teacher. I did business with his wife in her capacity as an attorney. His daughter Daria and my daughter were classmates in high school and have maintained that friendship since graduation. I have watched as our children, his and mine, were schooled, graduated, matured, married and gave us grandchildren. I have no doubts in regard to Daria's personal integrity or her level of moral rectitude. Her standard of integrity can only be taught and nurtured in the home. Children are images of their parents.

This brings me back to Abe and his current dilemma. I can and do vouch for his integrity, honesty and patriotism. As a Project Manager in the defense industry with a secret clearance I, better than most, understand the mindset that resulted in classified documents being brought home. How many of us, feeling pressured to complete a task, have taken work home thinking only that we were doing a good thing for our company and our country? I agree that the act was unlawful and for a man of Abe's experience and knowledge probably not explainable other than that it was an unthinking action. But was there criminal intent? I know there was none, and most people in our field would agree that the act was innocent albeit indicative of a mental lapse. Punishment has been imposed. Abe finds himself without a job, without a clearance and with precious few opportunities without the ability to work in his chosen field.

Abe has been a friend and a "defense industry" peer of mine for many years. When I was unemployed he requested my resume to give to his company. We have discussed our dissimilar work duties, compared and shared the pain of an ever tenuous industry. Although our technologies differed it was clear that he had a strong commitment to provide only his best to any employer and his project. That is why, to reiterate my opening remarks, it is my pleasure to endorse and recommend Abe Lesnik.

As you consider a fitting punishment, I implore you to take my comments into consideration and apply the law with leniency and empathy.

Thank you,

Jonas Gottlieb

53

**EXHIBIT M**

Diana Warshawsky
5213 Teesdale Avenue
Valley Village, California 91607
818-509-8295 ◊ bnd18@pacbell.net
August 3, 2008

The Honorable Florence-Marie Cooper
United States District Judge
United States Courthouse
255 E. Temple Street
Los Angeles, CA 90012

Dear Judge Cooper,

During the past eight years of friendship with Abe Lesnik, I have come to hold him in the highest esteem and am therefore, writing this letter with the sincere hope that I am able to communicate to you just how strongly I feel about the appropriateness of showing him leniency.

Abe is one of the most thoughtful individuals I have ever met. I have found him to be careful in the way he expresses himself and in the way he treats people – family, friends and new acquaintances alike.

I would like to share with you that, after recovering from the shock and sadness of learning that Abe was the subject of an investigation, I couldn't help thinking how incredibly ironic it was since Abe is one of the few people I have ever met who always made it clear how appreciative he was to be a citizen of and to live in this country. We often "talked politics" and Abe was always the one supportive of the government. Equally ironic, whenever someone expressed interest in Abe's work, he would always divert the conversation. Despite our expressed curiosity, none of us ever knew exactly what Abe was working on. We only knew that he loved what he did.

Losing his job has been a tragedy for Abe and his family– and I daresay that it has been a loss to science as well. A man's occupation is a great part of his identity. It is clear to his friends that the abrupt end to his career has been a terrible blow to Abe. We have all watched him battle his sadness .

Please know that, as his friend, I truly believe he has suffered enough for his error and it is so hard to understand how there can be any benefit to society by sentencing Abe to jail. He is a good, smart and talented person who has a lot to contribute to the world. Besides that, his family and friends need him.

It is my earnest hope that you will take all I have said into consideration and I would be pleased to express these thoughts to you in person should the opportunity arise.

Sincerely yours,

Diana Warshawsky

**EXHIBIT N**

# ELINOR & HERBERT GROSSMAN

**183 ATLAS AVENUE**
**TORONTO, ONTARIO**
**CANADA**
**M6C 3P6**
**416-651-3688**

The Honorable Florence-Marie Cooper
United States District Judge
United States Courthouse
255 East Temple Street
Los Angeles, CA 90012
U. S. A.
August 5, 2008

Dear Judge Cooper,

We first met the Lesnik family approximately thirty years ago when our families began vacationing annually at the same resort in Sanibel Island Florida. Both families have grown, aged, and matured together. We have shared life's various milestones, both good and bad: births, bar and bat mitzvahs, weddings, and deaths. We have come to consider Bonnie and Abe as "good friends".

Every year, during those two weeks, health and weather permitting, Abe, Herb and two other stalwarts, every day for two hours straight, socialized, philosophized, shared personal concerns, joked, and played 'O.K' tennis. As families we shared Latke parties, birthdays, New Years, and the annual picture taking of the group

Whenever careers were discussed, Abe was always vague; however, we knew that he found his work highly stimulating: "A labor of love".

During the last decade or so, as a result of frequent moral debates and lectures, we became evermore aware of Abe's high moral standards, his expectations of his family, himself and others. Abe is known to be highly moralistic. To Abe, the values within the Ten Commandments and the tenants of the Torah are sacrosanct.

Abe is a very caring and proud father; a doting and respectful spouse. He is fun-loving; has a quirky sense of humor and can be gently mischievous. Abe's thoughts are frequently thought-provoking, intellectually stimulating and certainly inventive. As liberal-thinking Canadians, we have disagreed with certain U.S. foreign policies. Abe, however, has always been a staunch and loyal defender of his government.

We believe Abe Lesnik to be an honorable man, and as such, he would do nothing to dishonor himself, his family or his country. The thought of seeing such a loyal and moral citizen behind bars, is bone-chilling; a true miscarriage of justice.

Your Honor, we pray that you will agree and value his service to his country above all.

Respectfully yours,

Elinor Grossman, Social Worker Retired

Herbert Grossman, Chartered Accountant
Trustee in Bankruptcy

**EXHIBIT O**

Brent E. Adams
8327 Croydon Ave
Los Angeles, California
90045

August 1, 2008
RE: Reference letter for Abraham Lesnik

The Honorable Florence-Marie Cooper
United States District Judge
United States Courthouse
255 East Temple Street
Los Angeles, CA
                90012

Dear Honorable Florence-Marie Cooper:

By way of introduction my name is Brent Adams.  I am 56 years old and have lived in
Los Angeles for 30 working for Hughes Aircraft Company/Raytheon as an Electrical
Engineer during that period of time. I have been married for 26 years and have 3 children
age 25, 22 and 19.   In addition, I am currently serving as a Bishop for the Church of
Jesus Christ of Latter saints over a young single adult group. This position requires many
hours of administration, counseling and sitting as the ecclesiastical judge over my
congregation as required.


Back in 1998, I was temporarily transferred to Santa Barbara.  Rather, than move my
family, I commuted on a weekly basis and rented a room form someone from my church.
This is where I met Abraham Lesnik.  He and his family had recently moved from
Chicago.  He also was living with one of his friends while his family moved to Los
Angeles.  Being an orthodox Jew his family choose to live in a Jewish community where
than could walk to church on the Sabbath.  Occasionally, he would catch a ride with me
to Los Angeles as we commuted back to LA for the weekend.  For the most part he
would just take the train or drive by himself.  This allowed him to work while he
commuted.


The weekend after 911, I attended Abe son's barmitzph.  There is where I realized how
much he loved his wife and adored his family.  Shortly after 911 we both decided to
spend more time with our families and both of us transferred back to the El Segundo
facility.  Even though I was senior enough to have my own private office I elected to
share an office with Abraham Lesnik.  This is where I got to know him well during the
two year period we shared an office.   I also found that we had many common grounds
between our two religions, especially with respect to family values and the love we had
for the welfare of our children.

At work Abraham was very well liked and respected.  I was very sad when he told me he was transferring to Boeing.  I knew I would miss my good friend.  I always found him to be a very honest, highly competent and an upstanding individual.  He has a deep love for the United States and loved to talk about it often.  I hope this short letter will help you see the good person he is.

I you have any further questions I would be willing to meet with you at your convenience.


Respectfully,

Brent Adams

Brent Adams

**EXHIBIT P**

5213 Teesdale Avenue
Valley Village, California 91607
July 29, 2008


The Honorable Florence-Marie Cooper
United States District Judge
United States Courthouse
255 E. Temple Street
Los Angeles, CA 90012

Dear Judge Cooper,

I met Abe Lesnik eight years ago and I found we had many things in common.  We both had four children, two sons and two daughters.  We both went to the same synagogue.  We both came to the US as children of holocaust survivors.   We also were strongly aware of what America meant to our parents, the great difficulties they went through to come here and the tremendous benefits that we received as beneficiaries of the American system.

I understand that Abe transgressed a law and committed a crime and the purpose of the law is to protect our country.   But I know Abe to be an American patriot, a man who has worked to protect our country his entire working life.  I understand that the crime that was committed was a technical offense that caused no damage.  The only victim of this crime has been Abe himself.  It has damaged Abe immensely.

 It would be a great loss to imprison a person with his abilities, a PhD level physicist and former teacher. There is such a shortage of science and math teachers in this country.  Please allow him to rebuild his life and contribute once again in his area of expertise. I believe that if anyone is entitled to leniency, Abe deserves leniency.



Sincerely yours,

Beni Warshawsky

59

**EXHIBIT Q**

Alan L. Wittenberg, D.P.M.
Podiatrist - Foot Doctor

Southpointe Hosp.     17929 Euclid Ave.     7910 Detroit Ave.
4110 Warr.Ctr.Rd.     Cleveland, Oh 44112  Cleveland, Oh 44102
Warr.Hts., Oh 44122   216-481-1890 ( )     216-231-5050 ( )
216-491-6226 (481-1890)
Bldg A, # 341

July 31, 2008

The Honorable Florence-Marie Cooper
United States District Judge
United States Courthouse
255 East Temple Street
Los Angeles, Ca, 90012

RE: Abe Lesnik

Dear Judge Cooper,

My family has known and interacted with Mr Lesnik for about
thirty years now. We vacation with him for two to three weeks
every year.

I have known him to be an individual of high integrity, great
values and a fervent family man. I have never known him to
speak against our country or our values as a nation. I have
never known him to speak against our democracy or in any
infringe or impugn our government. Although he has spoken in
favor of President George Bush, I did not hold that against
him.

I cannot, in all honesty, believe he has done anything that
would place our nation in jeopardy or in any way do anything
other than what he has said-- that he took FIT's in order to
finish work at home. I believe that he has nothing but good
intentions regarding his work and our country.

My hope is that you treat this problem as a forgiving
judgement rather than a criminal act.

Sincerely,

Alan L. Wittenberg, D.P.M.
/als

**EXHIBIT R**

Yocheved Lesnik
770 NE 175th Street
North Miami Beach, FL 33162

October 4, 2008

The Honorable Florence-Marie Cooper
United States District Judge
United States Courthouse
255 E. Temple Street
Los Angeles, CA 90012

Dear Judge Cooper,

I met my father in law, Abraham Lesnik, thirteen years ago in Chicago.  As long as I have known him, he has been a wonderful devoted father to his children and later his grandchildren.   Abraham Lesnik is a warm, responsible, respectable person.  He has worked hard at his job and in bringing up his children.  He was always responsible in his job, making up for time missed at work for religious holidays, and fulfilling his obligations to his family.  His four children grew up in a loving environment, and have developed into responsible members of society, going to college, holding down jobs, and being involved in their communities.  Abraham has always had friends that reflect his honest, moral character.  He has lived in several cities and was always a contributing member to his community, attending synagogue, and involving himself in furthering his religious and job related education.  He is a soft, warm person who keeps his word to the utmost and gives to others freely.

Sincerely,

Yocheved Lesnik

**EXHIBIT S**

The Honorable Florence-Marie Cooper
United States District Judge
United States Courthouse
255 E. Temple Street
Los Angeles, CA 90012

Dear Judge Cooper:

I worked with Abe Lesnik for several years at Raytheon Company in Goleta California. In all of the years I have known him, he always exhibited the highest standards of ethical behavior and was a model employee.  I respect his character, his intelligence, his honesty, and his faith.

I ask that you please show mercy on him in your sentencing of him.  I know that he is truly sorry for the mistake he made, and has learned from this experience so that he will never make this kind of mistake again.

Sincerely,

George Roy Garcia
Technical Director
Radar Warning Receiver Systems
Raytheon Space and Airborne Systems
Electronic Warfare Systems
6380 Hollister Avenue
Goleta, CA
93117-3114
805-879-2524 (Office)
805-637-6096 (Mobile)

**EXHIBIT T**

August 1, 2008


Honorable Judge Florence Marie Cooper
US District Court Judge
US Courthouse
255 E. Temple St.
Los Angeles, CA. 90012

Dear Judge Cooper,


We were very surprised and shocked when we heard that our friend Abe was accused of any misconduct.  We have known Abe and his family since 1982 and have spent a few weeks each year with all of them.    He is a good friend and is always concerned about his friends and their extended families.  We truly believe that Abe is 100% honest and he would never mean to harm anyone or anything.   We play tennis daily during those vacation weeks, and Abe is a very  accurate line caller; never calling a ball "out" to win the point. Abe Lesnik is proud of his career and proud to be an American.  He has respect for others, respect for the law, and respect for himself.   He is one of the "good guys" through and through. We are proud to call Abe Lesnik our friend and stand behind him whatever the situation.


Thank you for your time and attention.

Sincerely,

Dr. Howard Sperber                              Donna Sperber
28401 Cambridge Lane
Pepper Pike, OH 44124

**EXHIBIT U**

roberta reich  56 commonwealth  road  watertown  ma  02472  617-924-2236

*fax* 617-923-7582 *e-mail* rrvabene@aol.com

August 4, 2008

The Honorable Florence-Marie Cooper
United States District Judge
United States Courthouse
255 E. Temple Street
Los Angeles, CA 90012

Dear Judge Cooper:

I have known Abraham Lesnik for more than 40 years.  We met when we were
both in college, and I consider myself quite lucky to have had Abe and his wife
Bonnie as close friends since that time. As a longtime friend, I have had the
opportunity to witness consistent behaviors that define Abe's character.  I have
always been impressed by his integrity.  He is passionate about physics, and very
conscientious; his work has always been a major focus of his life, so that the
experience of losing the work he loved has caused him tremendous suffering.

Another area in which Abe takes his responsibilities very seriously is his role as a
father.  He has four children who have benefited from his natural ability and
conscious effort to be a good parent.  I have been grateful for the opportunity to
have my son spend time with him; my husband and I have always seen Abe as a
good role model and a positive influence.

During the decades I have known Abraham I have witnessed the ways in which
others have benefited from their interactions with him.  He is fair and patient with
others; I have never seen him treat anyone unkindly. I am certain that Abe did not
intend to cause harm by his actions.  He has made a mistake, and has paid a huge
price in the loss of the work that means so much to him.  I respectfully suggest
that the interests of society would be well served by probation and community
service, and by allowing Abe to continue his role as devoted father and
grandfather, and contributor to the social good.

Sincerely,

Roberta Reich

**EXHIBIT V**



# *Temple Avodah*

*The Reform Jewish Congregation in Oceanside*

*Rabbi Uri Goren*
*Cantor Sheila Singer*
*Karen Feit, Educational Director*
*Dr. Philmore Berger, Rabbi Emeritus (Z"L)*

30 July 2008

The Honorable Florence-Marie Cooper
United States District Judge
United States Courthouse
255 E. Temple Street
Los Angeles, CA 90012

Dear Judge Cooper:

I am writing today on behalf of my longtime friend Abraham (Abe) Lesnik, whom I have known for over thirty years.

Abe and Bonnie Lesnik and I first met in the mid 1970s, when we were neighbors on Circuit Road, in Bellport, New York. Our eldest sons were playmates who shared a babysitter. We were among a small number of Jewish families in our neighborhood, so we gravitated toward synagogue together and compared notes on family preparations for holidays.

What was most notable about Abe Lesnik during those years was his constant devotion to his family. While other men pursued outside activities and hobbies, Abe engaged almost full time in family life. When his son and mine were old enough to try scouting, Abe immediately volunteered to be scout leader. He also coached soccer when his son wanted to play on a team. Abe always encouraged his children to pursue their dreams and helped them in any way he could. We became active in the local synagogue together and attended events together. We shared holiday celebrations as well. When Julian, the Lesniks' eldest son, became interested in more traditional Judaism, Abe supported his spiritual quest and eventually become more traditionally observant in order to accommodate the wants and needs of his son.

Abe Lesnik was a devoted son to his late mother and father, always making them welcome in his home, and including them as much as possible in his children's lives. He also maintained close ties with his sister and her growing family.


UNION FOR
REFORM JUDAISM
SERVING REFORM CONGREGATIONS IN NORTH AMERICA

*3050 Oceanside Road*
*Oceanside, New York 11572*
*Tel: (516) 766-6809*
*Fax: (516) 766-5092*
*Web Address: www.avodah.org*

As the Lesnik family grew, Abe's work took them away from New York. Everywhere they moved, Abe and Bonnie set family life as their priority. There had to be a supportive Jewish environment in which to raise their children, and there had to be good Jewish education available. Whatever added stress that provided them in terms of Abe's commute to work was not as significant as providing a good home for the family.

When I was going through a difficult time in my life, I could count on Abe Lesnik and Bonnie to lend a helping hand, as listeners, as supporters, and even as babysitters for my newborn son.

Although we no longer lived near each other, we saw the family for happy occasions. When I came to Los Angeles for a convention this summer, I extended my stay to spend time with the Lesniks. I was welcomed by Abe and Bonnie as if I still lived down the street. Abe remained a compassionate listener and the voice of kindness and good counsel tempered with wry humor that I had know when we were younger. His own issues did not prevent him from his usual sensitive attention and advice. As we caught up on the news of our families, I was once again mesmerized by his absolute and unconditional devotion to the well being of his wife, his children and his grandchildren. I know of no other agenda or priorities in his life than to be the best family man he can be. As such, he is a role model for many others in our generation who have chosen  other paths in life and measure success by other means.

The essence of Abe Lesnik is his role in his family.  They are blessed to have him. I hope that based on what I have shared with you today, you will show leniency towards Abe and his family and give him the minimum sentence his plea requires.

Thank you for your kind attention, consideration and compassion.

Sincerely yours,

Karen B. Feit
Director of Education

**EXHIBIT W**

Brad Hoffman
116 North Vista St.
Los Angeles, CA 90036
August 11, 2008

The Honorable Florence-Marie Cooper
United States District Judge
United States Courthouse
255 E. Temple Street
Los Angeles, CA 90012

Dear Judge Cooper,

I have known Abe Lesnik for about ten years ago. Eventually our children were married. Being close to the same age, we always relax together. I respect and love Abe. I highly recommend maximum lienecy for Abe for several reasons. Abe cares for others, loves his family dearly and is extremely patriotic.

Abe is a friendly, kind, and thoughtful person. I have often seen him sitting, making jokes, and "talking" politics with friends and family. I have seen Abe do many selfless actions for others and have never seen him do anything to harm another. He is very generous of both his time and money.

Abe loves his family. He is an actively involved and dedicated father, a little unusual for a man of his generation, who began his life in a Displaced Person's Camp. He is constantly interacting with his children and grandchildren. He does not think twice about volunteering to baby sit either. He has become a surrogate father for his youngest daughter's husband, helping with career choice, college admission, and forming the foundation of his new marriage. He is always available with a thoughtful word of advice, a helping hand or financial support.

Abe is extremely patriotic to his country. He is proud of his American citizenship and takes his rights and responsibilities as a citizen very seriously. Helping his country has always given him much satisfaction. He would not knowingly harm anyone, let alone his country.

Sincerely,

Brad Hoffman

**EXHIBIT X**

August 20 2008

Dear Judge Cooper:

My name is Nanci Wales my son Justin Married Abe Lesnik daughter Eva.
Abe as been in my son's life for the last 5 years. When Justin started dating
Eva, Abe saw that Justin lacked a father figure in his life. After a year Abe
stepped in as a UCS. Justin is going to continue to law school and Eva a
psychologist. My biggest fear in life that if Abe is sent away there plans for
life will change. I know Eva will want to stay near her mom and they will
not
go to there schools of choice.

Judge Cooper Abe may have made his mistakes and to tell you the truth I do
not know much about this case. And I really never knew what he did for a
living other than working at Boeing. But from his personal life. He has been
married for 40 years this is a couple that are glued at the hip, and I am afraid
Bonnie would not survive with Abe being away. And Abe wouldn't either.
He has raised for amazing kids that have not gotten in to any trouble and in
this day and age is rare. He has grandchildren that call him constantly from
Florida and no matter how many people are at his table he runs to the phone
to talk to them. Eva spent hours on the phone with him when she had to
study
for her math test. This man is a family man.

Please when you take in to consideration the future of the children that are
involved. I know for my son this will be a big blow losing three fathers.

I wish you would have known Abe under different circumstances you would
have loved to have him as your friend or in-law.

Thank you for taking the time to read my letter. I am also sending you a few
e-mails I have written over the year to Bonnie thanking Abe for being there
for my son.

Sincerely
Nanci Wales

Nanci Wales
213 479-6575
18315 Vanowen Street Apt 204 Reseda CA 91335

68

**EXHIBIT Y**

8856 Knox Avenue
Skokie, IL 60076

August 12, 2008

The Honorable Florence-Marie Cooper
United States District Judge
United States Courthouse
255 E. Temple Street
Los Angeles, CA 90012

Dear Judge Cooper,

I am writing to encourage leniency regarding Abraham Lesnik. Abe Lesnik is a good and caring person, a loving family man.
I met Abe and his family about 10 years ago, when they moved to Skokie and our daughters became high school classmates. One day when I was particularly distressed, I was discussing my situation with his wife when Abe came into the room. We did not acknowledge his presence, but continued to talk, neither including nor excluding him. I was amazed and impressed by his compassion shown to me, a relative stranger at the time. I will never forget the remarkable concern Abe showed for my suffering – simply as a fellow human being, neither a relative nor a close friend. He set aside his own pride and willingly gave me a glimpse into his past. Because of his ability to empathize, he allowed himself to expose his own vulnerability and reach out to comfort me.

Over the years, before the Lesniks moved away, Abe's wife Bonnie and I developed a closer relationship, and I would drop in on his family from time to time. During these visits I observed Abe to be a kind and loving husband, father and grandfather. My daughter also enjoyed the time she spent at the Lesnik home with Abe's daughter, as all members of the family were very considerate and welcoming.

I pray that you will consider the family. Whatever errors in judgment Abe Lesnik may have made, I am certain that he never expected to hurt anyone. Abe Lesnik is surely not a threat to anyone; removing him from his family and bringing them more suffering cannot make the community a better or safer place.

Sincerely yours,

*Ida M Fisher*

Ida M. Fisher

**EXHIBIT Z**

**Silk Chiropractic, P.C.**
**30 East 60ᵗʰ Street**
**Suite 302**
**New York, N.Y. 10022**

Dear Judge Cooper,

I'm writing this letter on behalf of my Uncle Abie (Abraham Lesnik)
my name is Dr. Adam Silk. I am a Chiropractor and a strength and conditioning coach in
Manhattan. As you know, we are a first generation American family and a small one at
that. My mother has only one brother. To make things worse throughout my childhood
the roof over my head was not the happiest one. My Uncle Abie was always available
and helped through many difficult times. During my parents' divorce, he helped advice
me on how to deal with my estranged father. Over the years he has always been an
honest set of ears and always tried to instill the values of love for family, self-respect
and being a good person. Abie has always been there for important events in my life;
college graduation, wedding, always there for support and always happy to give advice.
We spent the holidays together every year and every Christmas my aunt and uncle
would bring me to Florida on their family vacation. Those were some of the happiest
memories of growing up. The importance of integrity and high self esteem were only a
few of the lessons learned. Outside the knowledge that my uncle was a scientist that
worked on government projects this area of his life was never discussed. His values of
the Jewish religion, and devotion to its laws were always encouraged but never forced
and always with a smile. Now all these years later our family has been blessed with
many children, grandchildren, and cousins that could be deprived the same fond
childhood experiences. My uncle is a good, honest and valuable citizen, who dedicated
his life to public service. The thought of him in jail away from our family is not one I ever
would have believed possible. Our hope is that you can show leniency in your
sentencing. Thank you for taking the time to read this letter.

Best regards,

Dr. Adam Silk

70

**EXHIBIT AA**

**THIS DOCUMENT IS ATTACHED TO SUPPLEMENTAL SUBMISSION FILED UNDER SEAL**

**EXHIBIT BB**

**THIS DOCUMENT IS ATTACHED TO SUPPLEMENTAL SUBMISSION FILED UNDER SEAL**