MAYER BROWN LLP
MARC S. HARRIS, State Bar No. 136647
LISA W. CORNEHL State Bar No. 232733
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248
E-mail: msharris@mayerbrown.com

Attorneys for Defendant
Abraham Lesnik

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR 08-679-FMC |
|---|---|
| Plaintiff, | **DECLARATION OF LISA W. CORNEHL IN SUPPORT OF DEFENDANT ABRAHAM LESNIK'S SENTENCING MEMORANDUM** |
| vs. | |
| ABRAHAM LESNIK, | |
| Defendant. | Sentencing Date: 12/8/08<br>Time: 2:00 p.m. |

I, Lisa W. Cornehl, hereby declare as follows:

1. I am an associate with the law firm of Mayer Brown LLP, and I am one of the attorneys representing Defendant Abraham Lesnik in this action. I have personal knowledge of the matters stated herein, and if called upon I could and would testify to their truth.

2. I have conducted significant research regarding prior cases involving the mishandling of classified documents. I have reviewed court docket sheets, news sources, government websites and other internet sites devoted to tracking and chronicling national security cases. In many of the cases I have uncovered, the amount of publicly available information is quite limited. Attached are pleadings, news accounts and other materials I have culled from publicly available information.

3. Attached as Exhibit 1 is a true and correct copy of the President's Foreign Intelligence Advisory Board Special Investigative Panel's Report on Security Problems at the U.S. Department of Energy entitled *Science at its Best, Security at its Worst: A Report on Security Problems at the U.S. Department of Energy* dated June 1999.

4. Attached as Exhibit 2 is a true and correct copy of a March 18, 200 Washington Post article regarding the government's treatment of civilians who mishandle classified documents.

5. Attached as Exhibit 3 is a true and correct copy of the Declaration of Sharon L. Papp In Support of Sentencing Memorandum of Defendant Donald W. Keyser filed in *United States v. Keyser*, U.S. District Court for the Eastern District of Virginia, Crim. No. 1:05cr543, obtained from the *Keyser* court files.

6. Attached as Exhibit 4 is a true and correct copy of a November 4, 1986 Washington Post article regarding Kathleen Strang.

7. Attached as Exhibit 5 is the U.S. Department of Justice, Office of the Inspector General Report of Investigation Regarding Allegations of Mishandling of

2

/ / /

Classified Documents by Attorney General Alberto Gonzales, dated September 2, 2008.

8. Attached as Exhibit 6 is a true and correct copy of a September 2, 2008 Washington Post article regarding Alberto Gonzales.

9. I obtained from the court file of *United States v. Kirby*, U.S. District Court for the Eastern District of Virginia, Crim. No. 1:07cr07mj463, the Statement of Facts, Plea Agreement and Judgment which are attached hereto as Exhibits 7, 8, and 9.

10. I obtained from the court file of *United States v. Blauvelt*, U.S. District Court for the Eastern District of Tennessee, Crim No. 3:06cr71, the Case Information, Plea Agreement and Judgment which are attached hereto as Exhibits 10, 11 and 12.

11. I obtained from the court file of *United States v. Uppal*, U.S. District Court for the Eastern District of Virginia, Crim No. 1:07mj274, the Statement of Facts and Judgment which are attached hereto as Exhibits 13 and 14.

12. I obtained from the court file of *United States v. Wallace*, U.S. District Court for the District of Colombia, Crim No. 1:01cr155, the Case Information, Plea Agreement and Judgment which are attached hereto as Exhibits 15, 16 and 17.

13. I obtained from the court file of *United States v. Quintana*, U.S. District Court for the District of New Mexico, Crim No. 1:07cr931, the Plea Agreement and Judgment which are attached hereto as Exhibits 18 and 19.

14. I obtained from the court file of *United States v. Berger*, U.S. District Court for the District of Colombia, Crim No. 1:05mj175, the Government's Sentencing Memorandum and Judgment which are attached hereto as Exhibits 20 and 21.

15. I obtained from the court file of *United States v. Prouty*, U.S. District

1  Court for the Eastern District of Michigan, Crim No. 07-20156, the Second

3  Superseding Information, Plea Agreement and Judgment which are attached hereto
4  as Exhibits 22, 23 and 24.

5      16.    I obtained from the court file of *United States v. Keyser*, U.S. District
6  Court for the Eastern District of Virginia, Crim. No. 1:05cr543, the Plea Agreement
7  and the Government's Position on Sentencing (exhibits omitted) and the Docket
8  Sheet which are attached hereto as Exhibits 25, 26, and 26-A.

9      17.    I obtained from the court file of *United States v. Smith*, U.S. District
10 Court for the Western District of Washington, Crim. No. CR00-5196T, the Plea
11 Agreement which is attached hereto as Exhibit 27.  Attached as Exhibit 27-A is a
12 true and correct copy of a April 14, 2000 Seattle Post-Intelligencer Reporter article
13 regarding Timothy Steven Smith.

14     18.    I obtained from the court file of *United States v. Seldon*, U.S. District
15 Court for the Eastern District of Virginia, Crim. No. 1:96cr305, the Statement of
16 Facts, Plea Agreement and Judgment which are attached hereto as Exhibits 28, 29
17 and 30.

18     19.    I obtained from the court file of *United States v. Smith*, U.S. District
19 Court for the Central District of California, Crim. No. 2:03cr429, the Indictment,
20 Plea Agreement and Judgment which are attached hereto as Exhibits 31, 32 and 33.

21     20.    Attached hereto as Exhibits 34 and 35 are copies of the Government's
22 Sentencing Brief and Supplemental Sentencing Brief (exhibits omitted) filed in
23 *United States v. Ford,* U.S. District Court for the District of Maryland, Crim. No.
24 8:05cr235, which we obtained from a party in that case.  Attached as Exhibit 35-A is
25 the Judgment which I obtained from the court file.

26     21.    I obtained from the court file of *United States v. Montaperto*, U.S.
27 District Court for the Eastern District of Virginia, Crim. No. 1:06cr257, the

28

4

Statement of Facts and Plea Agreement which are attached hereto as Exhibits 36 and 37.

22. Attached as Exhibit 38 is a true and correct copy of a November 18, 1988 Washington Post article regarding Henry Otto Spade.

23. I obtained from the court file of *United States v. Lee*, U.S. District Court for the Central District of California, Crim. No. 2:97cr1181, the Defendant's Sentencing Memorandum, Plea Agreement and Judgment which are attached hereto as Exhibits 39, 40 and 41.

24. I obtained from the court file of *United States v. Charlton*, U.S. District Court for the Central District of California, Crim. No. 2:95cr460, the Indictment, Plea Agreement and Judgment which are attached hereto as Exhibits 42, 43 and 44.

25. Attached as Exhibit 45 is a true and correct copy of the Central Intelligence Agency Inspector General Report of Investigation on the Improper Handling of Classified Information by John M. Deutch.

26. Attached as Exhibit 46 is a true and correct copy of a January 24, 2001 Washington Post article regarding the Presidential pardon of John Deutch.

27. I obtained from the court file of *United States v. Mehalba*, U.S. District Court for the District of Massachusetts, Crim No. 1:03cr10343, the Criminal Complaint with Supporting Affidavit, Judgment and the Government's Sentencing Memorandum which are attached hereto as Exhibits 47, 48 and 49.

28. I obtained from Pacer the Court Docket Sheet for *United States v. Lee*, U.S. District Court for the District of New Mexico, Crim No. 1:99cr1417, which is attached hereto as Exhibit 50.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of November 2008, at Los Angeles, California.

_____/S/_____

Lisa W. Cornehl

Lisa W. Cornehl

6
DECLARATION OF LISA W. CORNEHL IN SUPPORT OF
DEFENDANT ABRAHAM LESNIK'S SENTENCING MEMORANDUM

28792996.1

Lisa W. Cornehl

6

DECLARATION OF LISA W. CORNEHL IN SUPPORT OF
DEFENDANT ABRAHAM LESNIK'S SENTENCING MEMORANDUM

28792996.1

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 350 South Grand Avenue, 25th Floor, Los Angeles, California 90071-1503.

On November 17, 2008, I served the following document(s) described as: **DECLARATION OF LISA W. CORNEHL IN SUPPORT OF DEFENDANT ABRAHAM LESNIK'S SENTENCING MEMORANDUM** on the interested parties in this action as follows:

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address vkirkland@mayerbrown.com to the e-mail address set forth below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

> **COURTESY COPY - VIA E-MAIL**
>
> Alexis Rodriguez
> U.S. Probation Officer
> United States District Court
> Central District of California
> Probation Office
> 312 No. Spring Street, 6th Floor
> Los Angeles, CA  90012-4708
> alexis_rodriguez@cacp.uscourts.gov

I declare under penalty of perjury that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 17, 2008, at Los Angeles, California.

                                                  /S/
                                          Vicki Kirkland